UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA METOYER,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION WELFARE BENEFITS PLAN ,<br><br>    Defendant. | C23-1540 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to Local Rule MJR 9(a), this case is REFERRED to the Hon. S. Kate Vaughan, United States Magistrate Judge, for purposes of conducting a settlement conference.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1